# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-409-KDB-DCK

| | |
|---|---|
| CRYSTAL J. JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TIAA-CREF INSURANCE AGENCY, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion Of The Parties To Stay Proceedings" (Document No. 16) filed August 28, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion Of The Parties To Stay Proceedings" (Document No. 16) is **GRANTED**. The parties shall file a Notice Of Settlement, or a Status Report including proposed revised case deadlines, on or before **October 28, 2019**.

**SO ORDERED**.

Signed: August 28, 2019

David C. Keesler
United States Magistrate Judge