IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-409-KDB-DCK

| CRYSTAL J. JACKSON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| TIAA-CREF INSURANCE AGENCY, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Second Joint Motion Of The Parties To Stay Proceedings" (Document No. 18) filed October 28, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion. Further extension of this deadline will not be allowed.

**IT IS, THEREFORE, ORDERED** that the "Second Joint Motion Of The Parties To Stay Proceedings" (Document No. 16) is **GRANTED**. The parties shall file a Notice Of Settlement, or a Status Report including proposed revised case deadlines, on or before **November 15, 2019**.

**SO ORDERED**.

Signed: October 28, 2019

David C. Keesler
United States Magistrate Judge